CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 20 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY MALIK BROWN, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00224 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| C/O LAWSON, et al., ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

Plaintiff Anthony Malik Brown, a Virginia inmate proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. Brown alleges that on April 13, 2006, the defendants violated his constitutional rights by improperly reading and confiscating his legal mail. Brown admits that his grievance regarding this matter is still pending; nonetheless, he has filed this suit and seeks $1,200.00 in damages. Because Brown has not exhausted his administrative remedies, the court dismisses his suit pursuant to 42 U.S.C. § 1997e(a).

## I.

The Prison Litigation Reform Act requires that inmates exhaust all available administrative remedies before filing an action challenging prison conditions. 42 U.S.C. § 1997e(a). Brown admits that he has not yet received a reply to his grievance in this matter. Therefore, the court finds that Brown has not yet exhausted all available administrative remedies and dismisses his suit.

## II.

For the stated reasons, Brown's suit is dismissed pursuant to §1997e(a).

ENTER: This 20th day of April, 2006.

_____
United States District Judge